

**NORINSBERG LAW**

Jon L. Norinsberg
John J. Meehan

Diego O. Barros
Erica M. Meyer

110 East 59th Street
Suite 2300
New York, NY 10022

69-06 Grand Avenue
3rd Floor
Maspeth, NY 11378

jon@norinsberglaw.com

> Application GRANTED. The initial pretrial conference previously scheduled for July 25, 2024 is adjourned to **August 6, 2024** at **2:00 p.m.** The parties' joint status letter and Proposed Case Management Plan, in accordance with ECF No. 5, are due by **July 31, 2024**. The Clerk of Court is directed to terminate ECF No. 8.
>
> SO ORDERED.
>
> *Jessica Clarke*
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: July 9, 2024
> New York, New York

July 8, 2024

**VIA ECF**
Judge Jessica G. L. Clarke
USDC-SDNY
United States Courthouse
500 Pearl St., Courtroom: 11B
New York, NY 10007-1312

Re:  **_Maxim Norinsberg v. Tour Central Park Inc. d/b/a Bike Rent NYC_**
     **_Docket No.: 24 Civ. 02473 (JGLC)_**

Your Honor:

    We represent Plaintiff Maxim Norinsberg ("Mr. Norinsberg" or "Plaintiff") in the above-referenced personal injury action. We write now to respectfully request an adjournment of the upcoming Pretrial Conference, currently scheduled for July 25, 2024, at 2:00 p.m. The parties are available on any date in the first two weeks of August, except for August 8, 2024, or any other date that is convenient to the Court thereafter. Counsel for the Defendant, Charles J. Gayner, Esq., consents to this request.

    The reason for this application is that Plaintiff's Counsel has a pre-planned vacation to Mexico City, currently scheduled to begin on July 25, 2024, and will be traveling all day.

    Accordingly, we respectfully request an adjournment of the upcoming Pretrial Conference, currently scheduled for July 25, 2024, at 2:00 p.m. The parties are available on any date in the first two weeks of August, except for August 8, 2024, or any other date that is convenient to the Court thereafter.

    We thank the court for its attention to this matter.

Sincerely,

Jon L. Norinsberg, Esq.

T 212.791.5396  T 212.JUSTICE  F 212.406.6890  norinsberglaw.com